1

2

3

4

5

6

7

8

9       **UNITED STATES DISTRICT COURT**

10       **EASTERN DISTRICT OF CALIFORNIA**

11

12

TRACY CALLAHAN, an individual,

CASE NO. 1:22-CV-01120-JLT-SKO

13

Plaintiff,

14          v.

**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO AMEND SCHEDULING ORDER**

15    FIRST STUDENT, INC., a Delaware
Corporation; FIRSTGROUP

16    AMERICA, INC., a Delaware
Corporation; FIRST STUDENT

(Doc. 10)

17    MANAGEMENT, LLC, a Delaware
limited liability company; and DOES 1-

18    50, inclusive,

19          Defendants.

20

21

22

23

24

25

26

27

28

ORDER JOINT STIPULATION TO AMEND SCHEDULING ORDER

The Court having reviewed the Joint Stipulation to Amend Scheduling Order in this case filed by the Parties on August 10, 2023 (Doc. 10), and good cause appearing therefore (Fed. R. Civ. P. 16(b)(4)), the Court rules that the Scheduling Order be amended pursuant to the following table below:

| Deadline | Current date | New date |
|---|---|---|
| Non-expert discovery cutoff | September 29, 2023 | November 13, 2023 |
| Expert designation | October 13, 2023 | November 27, 2023 |
| Rebuttal expert designation | October 20, 2023 | December 4, 2023 |
| Expert discovery cutoff | November 3, 2023 | December 18, 2023 |
| Non-dispositive pretrial motions filing cutoff | November 20, 2023 | January 4, 2024 |
| Dispositive pretrial motions filing cutoff | November 27, 2023 | January 11, 2024 |
| Non-dispositive pretrial motions hearing cutoff | January 10, 2024 | February 28, 2024[1] |
| Dispositive pretrial motions hearing cutoff | January 17, 2024 | March 1, 2024 |
| Pretrial Conference | March 11, 2024 | April 29, 2024[2] |
| Trial date | May 7, 2024 | June 25, 2024 |

IT IS SO ORDERED.

Dated:   **August 11, 2023**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] As the assigned magistrate judge holds civil motion hearings on Wednesdays, the date has been adjusted accordingly.

[2] The Court sua sponte continues the Pretrial Conference and Trial dates to allow the assigned district judge time to rule on any dispositive motions and to allow the parties time to prepare for trial.

ORDER JOINT STIPULATION TO AMEND SCHEDULING ORDER