# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CALLAHAN, an individual, | CASE NO. 1:22-CV-01120-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO AMEND SCHEDULING ORDER** |
| FIRST STUDENT, INC., a Delaware Corporation; FIRSTGROUP AMERICA, INC., a Delaware Corporation; FIRST STUDENT MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1-50, inclusive, | **(Doc. 12)** |
| | Honorable Judge Sheila K. Oberto |
| Defendants. | |

The Court having reviewed the Joint Stipulation to Amend Scheduling Order in this case filed by the Parties on September 11, 2023 (Doc. 12), and good cause appearing therefore (Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the case schedule (Doc. 11) as follows:

| Deadline | Current date | New date |
|---|---|---|
| Non-expert discovery cutoff | November 13, 2023 | January 26, 2024 |
| Expert designation | November 27, 2023 | February 9, 2024 |
| Rebuttal expert designation | December 4, 2023 | February 16, 2024 |
| Expert discovery cutoff | December 18, 2023 | March 1, 2024 |
| Non-dispositive motions filing cutoff | January 4, 2024 | March 18, 2024 |
| Dispositive motions filing cutoff | January 11, 2024 | March 25, 2024 |
| Non-dispositive motions hearing cutoff | February 28, 2024 | May 1, 2024 |
| Dispositive motions hearing cutoff | March 1, 2024 | May 3, 2024 |
| Pretrial Conference | April 29, 2024 | July 8, 2024 |
| Trial date | June 25, 2024 | September 10, 2024 |

IT IS SO ORDERED.

Dated:   **September 12, 2023**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE