# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CALLAHAN, an individual, | No. 1:22-CV-01120-JLT-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| FIRST STUDENT, INC., a Delaware Corporation; FIRSTGROUP AMERICA, INC., a Delaware Corporation; FIRST STUDENT MANAGEMENT, LLC, A Delaware limited liability company, and DOES 1-50, inclusive, | (Doc. 22) |
| Defendants. | |

On January 16, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 72). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 17, 2024**__                     _/s/ Sheila K. Oberto_

UNITED STATES MAGISTRATE JUDGE